IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-549-01 |
| COTTMAN CHECK CASHING, LP | : | |

**ORDER**

AND NOW, this 20th day of December, 2017, upon consideration of the government's motion to dismiss the indictment, it is hereby

ORDERED

that the government's motion is granted and the indictment as to this defendant in the above-captioned matter is hereby dismissed.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
United States District Court